**Jose Miguel FERROFINO–CASTRO and Carla Ferrofino–Castro, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

Nos. 05–77413, 06–70597.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2006.*

Filed Oct. 17, 2006.

Estela Richeda, Law Offices of Estela S. Richeda, Pasadena, CA, for Petitioner.

CAC, District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Robyn–Marie Lyon Monteleone, Esq., USLA, Office of the U.S. Attorney, Civil & Tax Divisions, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: TASHIMA, W. FLETCHER and BERZON, Circuit Judges.

MEMORANDUM **

Respondent's motion for summary denial of these petitions for review is granted. *See Ferrofino–Castro v. Ashcroft,* 111 Fed. Appx. 952 (9th Cir.2004) (unpublished disposition); *compare, Nunes v. Ashcroft,* 375 F.3d 805, 809–10 (9th Cir.2003) (holding that petitioners cannot attack the same Board of Immigration Appeals's order through a habeas petition where that order was previously upheld in a petition for review).

All other pending motions are denied as moot.

**PETITION DENIED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

